UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MARIE GOERSS,<br><br>    Plaintiff.<br><br>    v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, et al.,<br><br>    Defendants. | Case No. 21-cv-04485-EMC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. Nos. 10, 12 |

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant(s).

    **IT IS SO ORDERED.**

Dated: August 24, 2021

 

EDWARD M. CHEN
United States District Judge