| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | **COURT USE ONLY** OBJECTION DEADLINE: OBJECTION FILED: YES ☐    No ☐ |
|---|---|---|
| 1. CASE NAME<br>GOERSS v. PACIFIC GAS AND ELECTRIC COMPANY | 2. CASE NUMBER<br>3:21-cv-04485-EMC | 3. DATE JUDGMENT ENTERED<br>October 18, 2021 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED<br>Plaintiff: GOERSS |
| 5. NAME OF CLAIMING PARTY<br>Defendant: PACIFIC GAS AND ELECTRIC COMPANY | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")<br>Jordan E. Goldschmidt | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | | | | | |
| Service of Process, Civil LR 54-3(a)(2) | $49.38 | Invoice No. 00000034703 from Nationwide Legal (Exhibit 1 in Support of this Bill of Costs) | | | |
| | $49.38 | Invoice No. 00000034703 from Nationwide Legal (Exhibit 2 in Support of this Bill of Costs) | | | |
| | $16.72 | Invoice No. 7-490-49685 from FedEx (Exhibit 3 in Support of this Bill of Costs) | | | |
| | $21.97 | Invoice No. 7-512-29644 from FedEx (Exhibit 4 in Support of this Bill of Costs) | | | |
| | $19.07 | Invoice No. 7-542-93523 from FedEx (Exhibit 5 in Support of this Bill of Costs) | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | | | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $198.45 | Invoice No. 00000035077 from Nationwide Legal (Exhibit 6 in Support of this Bill of Costs) | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $ 354.97 | | $ 0.00 | $ 0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
Name of Attorney/Claiming Party: Jordan E. Goldschmidt, Attorney for Defendant

SIGNATURE: /x/ Jordan Goldschmidt          DATE: 11/1/2021

11. Costs are taxed in the amount of _____ and included in the judgment.
Kathleen M. Shambaugh
Acting Clerk of Court

BY: _____, Deputy Clerk          DATE:

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME, CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $ 0.00 |

CAND 133
(Rev. 10/2021)

**INSTRUCTIONS**

### GENERAL INSTRUCTIONS

Use this form CAND 133 in the Northern District of California in lieu of AO 133 when seeking to tax costs under Fed. R. Civ. P. 54(d)(1) and Civil L.R. 54. For applicable deadlines, see Civil L.R. 54.

- On the cost table (Item 8), in the column for "List Supporting Documentation," specifically cross-reference the documentation you are submitting for that item (*example: Declaration of Jessica Smith, Ex 1 (invoice from ABC Graphics)*). Use as much space as necessary to identify supporting documentation.
- Attach to your bill an itemization and documentation for requested costs in all categories.
- Each stipulation or order in the case regarding the formats for discovery of documents and electronically stored information, or relating to any other cost item, should be attached to the bill and referenced as "supporting documentation" next to each item to which it relates.
- Enter the amounts claimed for each item in the "amount claimed" column; for witness fees/expenses (Item 8(e)), enter the total from the Witness Fees/Expenses Computation Worksheet on page 2. To automatically calculate the total amount after entering all cost items, highlight the dollar amount on the last line of the AMOUNT CLAIMED column, and (i) right-click and select Update Field, or (ii) press F9. The total amount can also be entered manually.
- Affidavit (Item 10) must be signed by attorney acting for the party claiming costs.

### FILING INSTRUCTIONS

- Completed cost bill must be submitted to court in two ways: (1) pages 1-2 must be saved as a PDF and e-filed in the case docket via the Court's Case Management|Electronic Case Filing ("CM|ECF") system along with all supporting documentation; and (2) a copy of the Word document (.doc or .docx) must be submitted by email to costbills@cand.uscourts.gov. A chambers copy must also be submitted pursuant to Civil L.R. 5-1(e)(7).
- If this bill of costs is not electronically served, a certificate of service must be filed pursuant to Civil L.R. 5-5.

### WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS

- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented, if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.
- If there are more than 5 witnesses, additional lines may be added to the Worksheet and the total amount of Witness Fees/Expenses must be entered manually.

### REPRODUCTION & EXEMPLIFICATION: GUIDANCE RE: ELECTRONIC DISCOVERY

- While there may be special circumstances in individual cases, the following kinds of document production costs are generally considered taxable unless a stipulation or order in the case provides otherwise:

| | | |
|---|---|---|
| Auto feed scanning of hard copy documents | Document coding | Image endorsing (electronic labeling or numbering) |
| Bates stamp | ED deliverables | Load file creation |
| Blowback scanning of paper documents | Electronic label/Bates numbering | Metadata extraction |
| Conversion of native files to different format for production | External hard drive used for production; copying files to storage media for production | OCR (optical character recognition) |
| | | Slip sheets |
| Data archive | Heavy litigation scanning | TIFF conversion |

### REASON CODES FOR CLERK'S DISALLOWANCE OF CLAIMED COSTS

"A" — No supporting documentation provided.
"B" — Supporting documentation does not support full amount claimed.
"C" — Disallowed as excessive expense (28 USC §1821(c)(1))
"D" — Disallowed as unrecoverable under 28 USC §1920.
"E" — Disallowed amount is outside the ambit of Civil Local Rule 54-3.

# EXHIBIT 1

**NATIONWIDE LEGAL**

**PHONE (213) 249-9999**

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 00000034703 | SF30103 |
| INVOICE DATE: | Total Due |
| 9/30/2021 | $ 10,869.84 |

PLEASE MAKE REMITTANCE TO:

LITTLER MENDELSON, P.C. / SF
333 Bush Street 34th Floor
San Francisco, CA 94104
T (415) 433-1940 F (415) 399-8490

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| SF30103 | 00000034703 | 9/30/2021 | $ 10,869.84 | 20 |

| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 9/17/2021 SF61715 064 - COURTESY COPY PDF | LITTLER MENDELSON, P.C. / SF<br>333 Bush Street 34th Floor<br>San Francisco, CA 94104<br>Caller: Joanna Venegas<br>Case Number: GOERSS V PG&E<br>Case Title: GOERSS vs. PG&E<br>Docs:<br>REPLY,REPLY,REPLY,CERTIFICATE,NTC APPEARANCE,NTC MTN,DECL,PO,CERTIFICATE,RFJN<br>Attorney Name: .none | USDC/SAN FRANCISCO/NORTHERN DISTRICT OF CA<br>450 GOLDEN GATE<br>SAN FRANCISCO, CA 94102<br>Client/Matter: 101443.1078<br>Description: Good afternoon:<br>Please deliver a courtesy copy of the documents listed below:<br>DEFE | Courtesy Copy - Biker / Local Rate SF :<br>PDF Page Count (Up to 200 pgs) :<br>Total:<br><br>Total Charges for Ref. - 101443.1078: | | $ 14.00<br>$ 35.38<br>$ 49.38<br><br><br>$ 49.38 |

/s/ Kathryn Nguyen   04276

$49.38
101443.1078

**INVOICE PAYMENT DUE UPON RECEIPT**

EXHIBIT 2

**NATIONWIDE LEGAL**

**PHONE (213) 249-9999**

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 00000034703 | SF30103 |
| INVOICE DATE: | Total Due |
| 9/30/2021 | $ 10,869.84 |

LITTLER MENDELSON, P.C. / SF
333 Bush Street 34th Floor
San Francisco, CA 94104
T (415) 433-1940 F (415) 399-8490

PLEASE MAKE REMITTANCE TO:

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| SF30103 | 00000034703 | 9/30/2021 | $ 10,869.84 | 21 |

| Date | Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|---|
| 9/17/2021 | SF61722 CRJ - COURTESY COPY PDF | LITTLER MENDELSON, P.C. / SF 333 Bush Street 34th Floor San Francisco, CA 94104 Caller: Joanna Venegas Case Number: 3:21-cv-04485-EMC Case Title: CHRISTINA MARIE GOERSS vs. PAC Docs: DEFENDANTS' MOTION TO DISMISS WITH SUPPORTING DOCUMENTS DEFENDANTS' REPLY TO PLAINTIFF'S Attorney Name: Joshua D Kienitz, Esq | USDC/SAN FRANCISCO/NORTHERN DISTRICT OF CA 450 GOLDEN GATE SAN FRANCISCO, CA 94102 Client/Matter: 101443.1078 SF61715 Description: Please deliver a courtesy copy to Judge Chen | Courtesy Copy - Biker / Local Rate SF : PDF Page Count (Up to 200 pgs) : Total: | | $ 14.00 $ 35.38 $ 49.38 |
| | | | | Total Charges for Ref. - 101443.1078 SF61715: | | $ 49.38 |

/s/ Kathryn Nguyen    04276

$49.38
101443.1078

Linse SP

## INVOICE PAYMENT DUE UPON RECEIPT

EXHIBIT 3

Littler Mendelson
333 Bush Street 34th Floor
San Francisco,    CA 94104

FedEx Invoice Details - Domestic

Sorted, grouped by invoice; then sorted by tracking number.

Account: ████    Invoice: 7-490-49685    Invoice Date: 9/6/2021    Remit: 405513

| Pieces & Wt lbs / Tracking Number | Sender / Shipping | Recipient / Delivery | Services / Discounts | Charges / Total |
|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| Wt: Letter  1<br><br>7746-7680-9950<br>Zone: 03<br>Reference: | LITTLER MENDELSON, P.C.<br><br>333 Bush Street<br>SAN FRANCISCO, CA  94104  US<br>BSC Drop Off: 8/30/2021            US | Christina M. Goerss<br><br>1565 Anderson Ave<br>MCKINLEYVILLE, CA  95519<br>Delivered: 8/31/2021  17:43         AM | Priority Overnight<br>Discount                  -62%<br>Discount Grace           -5%<br>Fuel Surcharge<br>Residential Delivery<br>Residential Delivery | 31.97<br>(19.82)<br>(1.50)<br>1.24<br>2.48<br>2.35 |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |

*Prepared by Audit Associates, 3220 Blume Drive, Suite 195, Richmond, CA 94806   Phone: 800-944-1676*

# EXHIBIT 4

Littler Mendelson  
333 Bush Street 34th Floor  
San Francisco, CA 94104

**FedEx Invoice Details - Domestic**

Sorted, grouped by invoice; then sorted by tracking number.

Account: ███  Invoice: 7-512-29644  Invoice Date: 9/27/2021  Remit: 406228

| Pieces & Wt lbs / Tracking Number | Sender / Shipping | Recipient / Delivery | Services / Discounts | Charges / Total |
|---|---|---|---|---|
| Wt: Letter  1  2838-3752-0360  Zone: 04  Reference: 101443.1078 | Joanna Venegas  333 Bush Street  SAN FRANCISCO, CA 94104 US  On Call Pickup: 9/17/2021   US | Christina M. Goerss  1565 Anderson Ave  MCKINLEYVILLE, CA 95519  Delivered: 9/20/2021 17:35   AM | Standard Overnight  Discount -62%  Discount Grace -9%  Residential Delivery  Fuel Surcharge  Residential Delivery  Pickup | 39.04  (24.20)  (3.51)  2.35  1.81  2.48  4.00  21.97 |



*Prepared by Audit Associates, 3220 Blume Drive, Suite 195, Richmond, CA 94806   Phone: 800-944-1676*

RR651.L23,9/29/2021

Page 2

EXHIBIT 5

Littler Mendelson
333 Bush Street 34th Floor
San Francisco,     CA 94104

**FedEx Invoice Details - Domestic**

Sorted, grouped by invoice; then sorted by tracking number.

Account: ▮▮▮▮   Invoice: 7-542-93523   Invoice Date: 10/25/2021   Remit: 406996



| Pieces & Wt lbs / Tracking Number | Sender / Shipping | Recipient / Delivery | Services / Discounts | Charges / Total |
|---|---|---|---|---|
| Wt: Letter   1<br>2848-8891-5808<br>Zone: 06<br>Reference:<br>101443.1078 | Joanna Venegas<br>333 Bush Street<br>SAN FRANCISCO, CA 94104 US<br>Drop Box: 10/14/2021   US | Christina M. Goerss<br>1565 Anderson Ave<br>MCKINLEYVILLE, CA 95519<br>Delivered: 10/15/2021  18:37   AM | Standard Overnight<br>Discount            -62%<br>Discount Grace   -9%<br>Fuel Surcharge<br>Residential Delivery<br>Residential Delivery | 43.17<br>(26.77)<br>(3.89)<br>1.73<br>2.48<br>2.35<br>19.07 |

*Prepared by Audit Associates, 3220 Blume Drive, Suite 195, Richmond, CA 94806   Phone: 800-944-1676*

# EXHIBIT 6

# NATIONWIDE LEGAL

**PHONE (213) 249-9999**

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 00000035077 | SF30103 |
| INVOICE DATE: | Total Due |
| 10/15/2021 | $ 1,229.51 |

PLEASE MAKE REMITTANCE TO:

LITTLER MENDELSON, P.C. / SF
333 Bush Street 34th Floor
San Francisco, CA 94104
T (415) 433-1940 F (415) 399-8490

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| SF30103 | 00000035077 | 10/15/2021 | $ 1,229.51 | 11 |

| Date | Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|---|
| 10/12/2021 | SF64607 017 - RUSH BIKE (SF) | NWL SF 859 HARRISON ST., STE. A SAN FRANCISCO, CA 94107 Caller: Joanna Venegas Case Number: N/A Case Title: vs. Docs: Please prepare a check for payment (CHECK IN THE AMOUNT OF $159.50) of transcript fees and Attorney Name: .none | USDC ND Cal. 450 Golden Gate Avenue San Francisco,, CA 94102 Client/Matter: 101443.1078 Description: Belle Ball, CSR, USDC 450 Golden Gate Avenue 16th Floor San Francisco CA 94102 | Biker (Local Only) Messenger : Fees Advanced : Check Charge : Total: | | $ 23.00 $ 159.50 $ 15.95 $ 198.45 |
| | | | | Total Charges for Ref. - 101443.1078: | | $ 198.45 |

$198.45
101443.1078  04276

/s/ Kathryn Nguyen

**INVOICE PAYMENT DUE UPON RECEIPT**